1004

[No. 67926-1-I.  Division One.  August 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTOPHER PEDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-09254-1, Carol A. Schapira, J., entered November 4, 2011. *Reversed* and *remanded* by unpublished opinion per Spearman, J., concurred in by Leach, C.J., and Lau, J.

[No. 68107-9-I.  Division One.  August 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY WEAVER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-02831-0, Michael Heavey, J., entered November 18, 2011. *Affirmed in part* and *remanded with instructions* by unpublished per curiam opinion.

[No. 68309-8-I.  Division One.  August 19, 2013.]

WEST CONSULTANTS, INC., *Appellant*, v. CAROLYN E. DAVIS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-10901-3, Ronald Kessler, J., entered January 25, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Lau, JJ. Now published at 177 Wn. App. 33.

[No. 68428-1-I.  Division One.  August 19, 2013.]

SEATTLE SHRIMP & SEAFOOD COMPANY, INC., *Appellant*, v. ROBERT E. STILNOVICH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-04350-9, Michael Hayden, J., entered February 13, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, A.C.J., and Verellen, J.